UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JASON JESSUP,                                            :         ECF CASE
                                                         :
                                                         :
                              Plaintiffs,                :         2:17-cv-01501 (SJF)(AYS)
            v.                                           :
                                                         :
UNITED PARCEL SERVICE, INC.                              :
                                                         :
                              Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that Frank R. Schirripa of Hach Rose Schirripa & Cheverie, LLP hereby enters an appearance as counsel for Plaintiff in the above action. Please serve all papers related to this action on the undersigned.

Dated: New York, New York
       November 29, 2016

                                        HACH ROSE SCHIRRIPA & CHEVERIE LLP

                                        _____/s/ Frank R. Schirripa_____
                                        Frank R. Schirripa
                                        *Attorneys for Plaintiffs*
                                        112 Madison Avenue, 10th Floor
                                        New York, New York 10016
                                        Email: fschirripa@hrsclaw.com
                                        212-213-8311